IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-25-CV-00038-DB |
| | § | |
| PEOPLE'S LEGAL GROUP,<br>    Defendant. | §<br>§<br>§ | |

## ORDER OF DISMISSAL

On this day the Court considered Plaintiff Erik Salaiz's ("Plaintiff") "Notice of Voluntary Dismissal," ("Notice of Dismissal"), filed on May 14, 2025, ECF No. 9. Therein, the Plaintiff "voluntarily dismisses the entire case, including dismissing Defendant with prejudice, with each side bearing their own costs and attorneys' fees." *Id.* at 1. Having considered the Notice of Dismissal, the Court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that the Plaintiff's "Notice of Voluntary Dismissal," ECF No. 9, is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims by Plaintiff Erik Salaiz against Defendant People's Legal Group are **DISMISSED WITH PREJUDICE**.

SIGNED this 15th day of MAY 2025.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE