IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-25-CV-00038-DB |
| PEOPLE'S LEGAL GROUP,<br>　　Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

On this day the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the District Clerk for the Western District of Texas **CLOSE** this case.

SIGNED this _15th_ day of **MAY 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE